# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**387**

**TP 12-02089**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF KEITH BRYANT, PETITIONER,

V                                                                    ORDER

D. VENETTAZZI, ACTING DIRECTOR, SPECIAL HOUSING,
RESPONDENT.

---

KEITH BRYANT, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------------------

　　　　Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Cayuga County [Thomas G.
Leone, A.J.], entered October 15, 2012) to review a determination of
respondent.  The determination found after a Tier III hearing that
petitioner had violated various inmate rules.

　　　　It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered:  April 26, 2013                         Frances E. Cafarell
                                                 Clerk of the Court